# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cr-00280-SCJ
## USA v. Gonzalez
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 11/20/2024.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 3:00 P.M.    COURT REPORTER: Viola Zborowski
TIME IN COURT: 00:30               DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Heleonel Gonzalez Present at proceedings |
| ATTORNEY(S) PRESENT: | Nayib Hassan representing Heleonel Gonzalez<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | Defendant entered a negotiated plea to the sole count as charged in the Information. |
| HEARING STATUS: | Hearing Concluded |